UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

JOEVELL VINCENT
STEPHANIE VINCENT

DEBTOR(S)

BANKRUPTCY NO.
10-10620
SECTION "B"

CHAPTER 13

## ORDER

Considering the Motion for approval of Settlement of Lawsuit and Payment of Attorney's Fees and Costs **(P-43)**, scheduled for hearing on August 10, 2011;

IT IS ORDERED BY THE COURT that payment of attorney's fees and reimbursement of advance costs in connection with debtor's claim against GEICO Insurance Company for injuries sustained in a motor vehicle accident which occurred on May 10, 2010 in the amount of $4,999.50 and $90.83 respectively is approved;

IT IS FURTHER ORDERED BY THE COURT that payment of Debtor's outstanding medical for injuries sustained in a motor vehicle accident on May 10, 2010, be made to Oschner Medical Center in the amount of $465.00.

IT IS FURTHER ORDERED that the $9,444.17 in remaining settlement proceeds representing the Debtor's portion of the settlement, be submitted to the Trustee, S.J. Beaulieu, Jr.

New Orleans, Louisiana, September 13, 2011.

_____
JERRY A. BROWN
BANKRUPTCY JUDGE